UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

ROSEANN B. MACKECHNIE
CLERK

CJPC/BRCT
02-CV-2306
Hon. Eginton

FILED
NOV 6 2003

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 31st day of October two thousand three

McKinnon

V

Lahda

Docket No. 03-181

FILED
OCT 3 1 2003
Roseann B. MacKechnie, CLERK
UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

A motion or motions of the type specified by Rule 4(a)4, 4(b), or 6(b)(2)(i) of the Federal Rules of Appellate Procedure having been filed in this matter, and now pending before the district court, **the above numbered and entitled appeal is hereby stayed** to await final disposition of said motion(s).

**Movant below is hereby directed** to inform this Court, in writing, as to the status of each such motion, at thirty-day intervals from the date of filing and immediately upon final disposition of the last outstanding motion, and to provide the Court a copy of all dispositive orders.

Parties are advised that appellate review of the lower court's disposition regarding any such motion requires a timely filed amended notice of appeal.

SO ORDERED.

ROSEANN B. MACKECHNIE, Clerk

By: *Joseph M. Rodriguez*
Joseph M. Rodriguez
Deputy Clerk, USCA

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
*Joseph M. Rodriguez*

Certified:     OCT 31 2003