UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES MCKINNON
  
v.   

JOHN LAHDA, et al.

PRISONER
Case No. 3:02CV2306 (WWE)(HBF)

RULING AND ORDER

Plaintiff is an inmate confined at the Cheshire Correctional Institution in Cheshire, Connecticut.  He brings this civil rights actions pro se and in forma pauperis pursuant to 28 U.S.C. § 1915.  On June 3, 2003, the Court entered a judgment of dismissal of the plaintiff's complaint without prejudice because the plaintiff had failed to comply with the Court's order to submit copies of the complaint.  On June 25, 2003, the plaintiff filed a notice of appeal of the order dismissing the case.

"The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."  Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982). Because the case is currently on appeal, the district court lacks jurisdiction to entertain the plaintiff's motion for appointment of counsel, motion for transfer and motion for court assistance regarding telephone calls.  The Court notes that the plaintiff

seeks assistance in contacting the appeals coordinator regarding questions he has concerning the appeals procedures of the Second Circuit Court of Appeals. The plaintiff references a Judy Fazekas. Judy Fazekas is a Deputy Clerk in this Court. If the plaintiff has questions concerning his appeal, he should contact the Clerk's Office at the Court of Appeals for the Second Circuit.

Accordingly, the plaintiff's Motion for Appointment of Counsel [doc. # 12], Motion for Transfer [doc. # 19] and Motion for Assistance [doc. # 18] are DENIED without prejudice to renewal after the appeal is concluded and the case is reopened.

SO ORDERED this __5__ day of November, 2003, at Bridgeport, Connecticut.

Holly B. Fitzsimmons
United States Magistrate Judge

2