United States District Court

District of Connecticut

James McKinnon   Case 3:02CV2306(WWE)(HBF)
100770
   Plaintiff
                            December 29, 2003
V.

Jose Delgado; ETaL
"And Others"

Plaintiff James McKinnon pro,se Respecfully Request That This motion Be add To the motion For(ADA)Claim Also To add Exhibits For ADA

For plaintiff Amend Complaint with Exhibits
please court.

By _James Lee McKinnon_
James Lee McKinnon pro se
Walker Reception Unit
1153- East Street South
Suffield Connecticut
06078

United States District Court

District of Connecticut

James McKinnon            Case. 3:03CV71(JBA)(JGm)
   100 770
   Plaintiff
                                      December 29, 2003
V.

Jose Delgado, ETaL
John LaHDa
Akeem Hashing
       Bruono
       Kozikowski
       Frank
       Thankappan
Sandy Orleman
Yolanda Zayas
Helen Dorsey
Defendants' Individual Capacity

Plaintiff motion To amend Complaint To add Exhibits for ADA Claim also To Amendment the Short & Concise Stament of Material Facts Federal Rule 28 C.F.R. § 35.190. Also Federal Rule 15(a)(b).

Byx /s/ James Lee McKinnon
James Lee McKinnon prose
Walker Reception unit
1153-East Street-South
Suffield Connecticut
    06078

December, 29, 2003

1. Plaintiff James McKinnon prose Respecfully Request that under this short concise statement be amended to the material facts that was respectfully Submitted with the Forth going Amended Complaint Exhibits of Supporting Facts.

By× *James Lee McKinnon*
James Lee McKinnon prose
1153 East Street South
Walker Reception Unit
Suffield Connecticut
06078

United States District Court

District of Connecticut

James McKinnon
   100 770
   Plaintiff

v.

Jose Delgado, Etal
"And Others"

Certificate

Plaintiff above respecfully cetify through this attachment that this claim To be True and To the best of my ability; on this 29th Day of December 2003

By /s/ James Lee McKinnon
James Lee McKinnon prose
Walker Reception unit
1153-East Street South
Suffield Connecticut
06078