United States District

Court

District of Connecticut

FILED

2004 JAN -5 P 2:58

James McKinnon case, 3:02CV2306(WWE)(HBF)
100 770
Plaintiff

December 29, 2003

V.

John LaHDa, Etal
Thomas Hunt
    Ramsey
    Reill
    Morales
Helen Dorsey
Danielle Carrigan
Defendant's    Individual    Capacity

Plaintiff motion To amend Complaint
To add Exhibits for "ADA" Claim also To
Amendment The Short & Concise State-
ment of material facts Federal Rule
28 C. F. R. § 35.190, also Federal Rule 15.
(a),(b).

1. Plaintiff James McKinnon prose Respecfully Request
That under This short concise statement be amended To The
material facts That was respectfully Submitted with The
forth going Amended Complaint Exhibits of Supporting facts.
By: *James Lee McKinnon*
James Lee McKinnon prose
Walker Reception unit
1153- East Street South
Suffield Connecticut, 06078

①

UniTed STATes DisTricT

courT

DisTricT of ConnecTicut

James mcKinnon case, 3:02cv2306(wwe)(HBF)
    100 770
    PlainTiff

V.

John LaHDa, ETaL
"And OThers"

## CerTificaTe

PlainTiff above respecfully cerTify Through This aTTachmenT ThaT This claim To be True and To The besT of my abiliTy, on This <u>29</u> Th Day of December, 2003


Byx James Lee McKinnon
James Lee mcKinnon prose
Walker RecepTion uniT
1153-EasT-STreeT-SouTh
SuFField ConnecTicuT
06078

②