# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

James McKinnon Case, no, 3:02cv2306(WWE)
    100 770
    Plaintiff

                    December 18, 2003

V.

John LaHDa; ETaL

Individul    Capacity    DefendanTs

            PlainTiff moTion is Respond To
        courT Ruling And Order DaTed
            november, 25, 2003,

PlainTiff James mcKinnon prose RespecTfully moves
This courT To accepT The Ten copies of RequesTed
Relief ThaT go wiTh The complainT ThaT was SubmiTTed
12-27-02 iT's The Same as on courT record; plainTiff
has compleTe 285 U.S. maral Service from's and
noTice of LawsuiT and waiver or Service of Summ-
ons forms. plainTiff has To reTurned This Relief
To The complainT.

        RespecTfully SubmiTTed        By: James Lee McKinnon
                                        James Lee McKinnon prose
                                        macdougall walKer uniT
                                        1153 EasT STreeT SouTh
                                        Suffield, CT 06080

James McKinnon case 3:02cv2306 (WWE)
100 770
PlainTiff

V.

John LaHDa, ETaL
DefendanTs

PlainTiff above respecflly cerTifces Through
This aTTachment This clam To be True and To The
best of my ability on This 18th day of December
2003


By: James Lee McKinnon
James Lee McKinnon, prose
macdougall Walker uniT
1153-EasT STreeT SouTh
Suffield, cT 06080

## G. REQUEST FOR RELIEF

I request the following relief:

I request $ 75,000.00 in damages. Demand

## H. JURY DEMAND

Do you wish to have a jury trial?  Yes  ✓  No _____ .

_____          _James Lee McKinna_____
Original signature of attorney (if any)          **Plaintiff's Original Signature**

_____

_____

Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _12-27-02_ .
(location)                          (date)

Garner Correctional
P.O. Box 5500
50, Nunnawauk Rd
newtown, CT 06470

_James Lee McKinna_____
**Plaintiff's Original Signature**

7

## G. REQUEST FOR RELIEF

I request the following relief:

I request $ 75,000.00 in damages. <u>Demand</u>

## H. JURY DEMAND

Do you wish to have a jury trial?  Yes ✓  No_____ .

_____        _James Lee McKinna_

Original signature of attorney (if any)      **Plaintiff's Original Signature**

_____

_____

_____

Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _12-27-02_ .
(location)                     (date)

Garner Correctional
P.O. Box 5500
50, nunnawauk Rd
newTown, cT 06470

_James Lee McKinna_

**Plaintiff's Original Signature**

7

## G. REQUEST FOR RELIEF

I request the following relief:

I request $ 75,000⁰⁰ in damages.      Demand

## H. JURY DEMAND

Do you wish to have a jury trial? Yes___✓___ No_____.

_____          _____
Original signature of attorney (if any)          **Plaintiff's Original Signature**

_____

_____

_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on __12-27-02__ .
            (location)                    (date)

Garner Correctional          _____
P.O. Box 5500                **Plaintiff's Original Signature**
50, Nunnawauk Rd
Newtown, CT 06470

7

## G. REQUEST FOR RELIEF

I request the following relief:

I request $ 75,000.00 in damages.    <u>Demand</u>

## H. JURY DEMAND

Do you wish to have a jury trial? Yes __✓__ No _____.

_____        _James Lee McKinner_
Original signature of attorney (if any)        **Plaintiff's Original Signature**

_____

_____

_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _12-27-02_ .
                        (location)                    (date)
Garner Correctional
P.O. Box 5500        _James Lee McKinner_
50, Nunnawauk Rd        **Plaintiff's Original Signature**
newtown, CT 06470

7

## G. REQUEST FOR RELIEF

I request the following relief:

I request $ 75,000.00 in damages. <u>Demand</u>

## H. JURY DEMAND

Do you wish to have a jury trial?  Yes __✓__  No_____.

_____          _James Lee McKinnon_
Original signature of attorney (if any)          **Plaintiff's Original Signature**

_____

_____

_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _12-27-02_ .
                        (location)                    (date)
Garner Correctional
P.O. Box 5500
50, Nunnawauk Rd          _James Lee McKinnon_
newTown, CT 06470          **Plaintiff's Original Signature**

7

## G. REQUEST FOR RELIEF

I request the following relief:

I request $ 75,000.00 in damages.    Demand

## H. JURY DEMAND

Do you wish to have a jury trial? Yes __✓__    No_____.

_____        _James Lee McKinnon_
Original signature of attorney (if any)        **Plaintiff's Original Signature**

_____

_____

_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _12-27-02_.
                        (location)              (date)

Garner Correctional
P.O. Box 5500
50, Nunnawauk Rd        _James Lee McKinnon_
newtown, CT 06470        **Plaintiff's Original Signature**

7

## G. REQUEST FOR RELIEF

I request the following relief:

I request $ 75,000⁰⁰ in damages.    <u>Demand</u>

## H. JURY DEMAND

Do you wish to have a jury trial? Yes __✓__  No_____.

_____    _James Lee McKinna_____

Original signature of attorney (if any)    **Plaintiff's Original Signature**

_____

_____

_____

Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _12-27-02_____ .

Garner Correctional    (location)    (date)
P.O. Box 5500
50, Nunnawauk Rd    _James Lee McKinna_____
Newtown, CT 06470    **Plaintiff's Original Signature**

7

## G. REQUEST FOR RELIEF

I request the following relief:

I request $ 75,000⁰⁰ in damages. <u>Demand</u>

## H. JURY DEMAND

Do you wish to have a jury trial? Yes __✓__ No_____.

_____        _James Lee McKinna_
Original signature of attorney (if any)        **Plaintiff's Original Signature**

_____

_____

_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _12-27-02_.
                        (location)                    (date)

Garner Correctional
P.O. Box 5500
50, nunnawauk Rd
newtown, cT 06470

_James Lee McKinna_
**Plaintiff's Original Signature**

7

## G. REQUEST FOR RELIEF

I request the following relief:

I request $ 75,000⁰⁰ in damages. Demand

## H. JURY DEMAND

Do you wish to have a jury trial? Yes ✓ No_____.

_____          _James Lee McKinnan_
Original signature of attorney (if any)          **Plaintiff's Original Signature**

_____

_____

_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on _12-27-02_.
(location)                    (date)

Garner Correctional
P.O. Box 5500
50, nunnawauk Rd
newtown, cT 06470

_James Lee McKinnan_
**Plaintiff's Original Signature**

7

## G. REQUEST FOR RELIEF

I request the following relief:

I request $ 75,000.00 in damages. Demand

## H. JURY DEMAND

Do you wish to have a jury trial? Yes __✓__ No _____.

_____                _____
Original signature of attorney (if any)              **Plaintiff's Original Signature**

_____

_____

_____
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____ on __12-27-02__.
                        (location)                              (date)

Garner Correctional
P.O. Box 5500
50, Nunnawauk Rd
newtown, CT 06470

_____
**Plaintiff's Original Signature**

7