UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES MCKINNON
                                    PRISONER
   v.                      Case No. 3:02CV2306 (WWE)

JAMES LAHDA, et al.

RULING AND ORDER

Pending before the court are the plaintiff's motions for leave to amend. For the reasons set forth below, the motions are denied.

Plaintiff is an inmate confined at the Corrigan Correctional Institution in Uncasville, Connecticut. He brings this civil rights action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. On June 3, 2003, the court entered judgment dismissing the plaintiff's complaint. On June 25, 2003, the plaintiff filed a notice of appeal of the court's order dismissing the complaint. On November 25, 2003, the court granted the plaintiff's motion to reopen. The case, however, remains on appeal pursuant to an Order of the Second Circuit Court of Appeals.[1] (See doc. # 20 .) On December 29, 2003, the plaintiff filed a motion for leave to amend and on January 5, 2004, the plaintiff filed a second motion

---

[1] Pursuant to the Order, the appeal is stayed until the plaintiff informs the Court of Appeals that this court has ruled on his motion to reopen judgment. There is no indication in the court file that the plaintiff has notified the Second Circuit that this court has ruled on his motion to reopen.

for leave to amend.

"The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." <u>Griggs v. Provident Consumer Discount Co.</u>, 459 U.S. 56, 58 (1982). The district court lacks jurisdiction to entertain the motions for leave to amend while the appeal is still pending. Accordingly, the plaintiff's Motions for Leave to Amend [**docs. ## 23, 24**] are **DENIED** without prejudice to renew after the appeal is concluded.

SO ORDERED this <u>8th</u> day of September, 2004, at Bridgeport, Connecticut.

                                                /s/
                                     Holly B. Fitzsimmons
                           United States Magistrate Judge