United States District Court

District of Connecticut

James McKinnon   Civil no. 3:02CV2306

vs.                              (WWE)

John Lahda, ETAL          September 15, 2004
Thomas Hunt
Ramsey
Reill
Morales
Helen Dorsey
Danielle Corrigan
Defendants    Individual Capacity

---

Plaintiff motion respectfully seeking court to provide first scheduling order. The plaintiff's motion to reopen Judgment was granted by Second Circuit Court of Appeals on november 17, 2003, clerk was directed to reopen This case.

Plaintiff
Byx James Lee McKinnon
James Lee McKinnon Prose
Corrigan Rodgowski
Correctional Center
986, Norwich New London
Uncasvill CT 06382

## Certification

I certify though this attachment this claim to be true and to the best of my obility on this <u>15th</u> Day of September, 2004

Defendants Individual Capacity
John LaHDa, ETAL
Thomas Hunt
Ramsey
Reill
Morales
Helen Dorsey
Danielle Corrigan
Defendants Individual Capacity

Plaintiff:
By x James Lee McK
James Lee McKinnon prose
Corrigan Rodgowski
Correctional Center
986, Norwich New London
Uncasvill CT, 06382