United States District Court

District of Connecticut

James McKinnon    Civil no 3:02CV2306(WWE)

v.

John LaHDa, ETAL    November 17, 2004
Thomas Hunt
Ramsey
Reill
Morales
Helen Dorsey
Danielle Carrigan

Defendants    Individual    Capacity)

Plaintiff motion Respectfully is to submit Ruling and Order to reopen this case because Plaintiff complied with the court's order regarding the submission of copies of the complaint

1. Plaintiff James McKinnon prose respectfully file this motion because there is no indication in the United State District Court file from the Second Circuit that the court has ruled on this case to reopen complaint.

Plaintiff
Byx /s/ James McK____
James McKinnon prose

## Certification

I hereby Certify That The foregoing attachment Claim To be True and To The best of my obility on This 17th Day of november 2004

Defendants Individual Capacity

John LaHDa, ETAL
Thomas Hunt
Ramsey
Reill
Morales
Helen Dorsey
Danielle Carrigan

Respectfully
Plaintiff
By: *James McKinnon*
James McKinnon prose
Corrigan Rodgowski
Correctional Center
986, norwich new London
Uncasville Connecticut
06382

Exhibit *James McK.*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2003 NOV 25 P 12:42

US DIST[...]
BRIDG[...]

JAMES MCKINNON

V.

JOHN LAHDA, ET AL.

PRISONER
CASE NO. 3:02CV2306 (WWE)

RULING AND ORDER

Pending before the court is the plaintiff's motion to reopen judgment. On April 15, 2003, the Court ordered the plaintiff to complete 285 U.S. Marshal service forms and Notice of Lawsuit and Waiver or Service of Summons forms and return the forms as well as ten copies of the complaint to the Court within twenty days. The Court informed the plaintiff that failure to comply with the order could result in dismissal of the action without any further notice as to any defendant for whom copies of the complaint and/or forms were not returned to the Court. In May 2003, the plaintiff submitted the 285 forms, but no copies of the complaint. Because the plaintiff failed to submit the requested copies of the complaint, the Court entered a judgment of dismissal on June 3, 2003. The plaintiff now moves to reopen the case.

The plaintiff submits ten copies of the complaint with his motion and asks the Court to reopen his case. Because the plaintiff has now complied with the Court's order regarding the submission of copies of the complaint, the plaintiff's Motion to Reopen Judgment [doc. #14] is GRANTED. The Clerk is directed to

Exhibit *James McKin*

reopen this case.

    SO ORDERED this 17th day of November, 2003, at Bridgeport, Connecticut.

                                    Warren W. Eginton
                          Senior United States District Judge