UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES MCKINNON
                                         PRISONER
   V.                    CASE NO. 3:02CV2306 (WWE)(HBF)

JOHN LAHDA, ET AL.

### RULING ON PENDING MOTIONS

Pending before the court is a second motion to reopen judgment and motion for scheduling order filed by the plaintiff. On November 25, 2003, this court granted the plaintiff's first motion to reopen and the Clerk has reopened the case. Thus, the plaintiff's second motion to reopen is denied as moot.

The case is still on appeal and the file is still at the Court of Appeals for the Second Circuit ("Second Circuit"), presumably because the plaintiff has not notified the the Second Circuit that the court granted the first motion to reopen judgment a year ago. The Second Circuit's Order directs the plaintiff to notify it in writing immediately after this court's ruling on the first motion to reopen. (See doc. # 20.)

Until the file is returned from the Second Circuit, the case cannot proceed. After the file is returned, the court will issue an order directing the United States Marshal to serve the complaint on the defendants.

### Conclusion

The motion to reopen judgment [**doc. # 29**] is **DENIED** as moot. The Motion for Scheduling Order [**doc. # 28**] is **DENIED** without

prejudice to re-filing after the file is returned from the Second Circuit and the complaint has been served on the defendants.

SO ORDERED this <u>3rd</u> day of December, 2004, at Bridgeport, Connecticut.

                                        _____/s/_____
                                          Holly B. Fitzsimmons
                                          United States Magistrate Judge