United States District Court
District of Connecticut

**FILED**
2004 DEC 20 P 2: 16
U.S. DISTRICT COURT
NEW HAVEN, CT

James McKinnon     Civil no. 3:02cv2306 (WWE)

VS.

John LaHDa, ET AL
THomas Hunt
Ramsey
Reill
Morales
Helen Dorsey
Danielle Cafrigan

December 16, 2004

Plaintiff motion is for New Haven United States district Court Clerk To returned my file from The Second Circuit Court of appeals, That was reopen, Please returned To United States district Court Bridgeport Connecticut Clerk

I Plaintiff James McKinnon prose move This Court Respectfully, The facts are so overwheming in support of the allegations which I forwarded, Please see Exhibit "1"

By /s/ James McK___
James McKinnon

# Certification

I hereby Certify That The foregoing attachment Claim To be True and To The best of my obility on This 16,Th Day of December 2004

Defendants  Individual  Capacity)

JoHn LaHDa.ETAL
THomas HunT
Ramsey
Relly
morales
Helen Dorsey
Delen Dorsey
Danielle Carrigan

Respectfully
Plaintiff
By /s/ James McK—
James mckinnon
Corrigan Rodgowski
Corrigectional Center
986, Norwich NewLondon
Uncasville Connecticut
06382