Exhibit "1"

```
          U.S. District Court                              PRIS
   District of Connecticut (New Haven)
      CIVIL DOCKET FOR CASE #: 02-CV-2306
```

McKinnon v. Lahda, et al                              Filed: 12/27/02
Assigned to: Judge Warren W. Eginton
Demand: $75,000                           Nature of Suit: 550
Lead Docket: None                         Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 42:1983 Prisoner Civil Rights


JAMES MCKINNON              James McKinnon
     plaintiff              Inmate #100770
                            [COR LD NTC] [PRO SE]
                            Garner Correctional Institution
                            P.O. Box 5500
                            50 Nunnawauk Rd.
                            Newtown,, CT 06470-5500

    v.

JOHN LAHDA
     defendant

THOMAS HUNT
     defendant

ROMSEY
     defendant

REILL
     defendant

MORALES
     defendant

HELEN DORSEY
     defendant

DANIELLE CARRIGAN
     defendant


Docket as of January 31, 2003 2:44 pm                    Page 1

*Exhibit* *James McK.*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES MCKINNON

    V.

JOHN LAHDA, ET AL.

PRISONER
CASE NO. 3:02CV2306 (WWE)(HBF)

## RULING ON PENDING MOTIONS

Pending before the court is a second motion to reopen judgment and motion for scheduling order filed by the plaintiff. On November 25, 2003, this court granted the plaintiff's first motion to reopen and the Clerk has reopened the case. Thus, the plaintiff's second motion to reopen is denied as moot.

The case is still on appeal and the file is still at the Court of Appeals for the Second Circuit ("Second Circuit"), presumably because the plaintiff has not notified the the Second Circuit that the court granted the first motion to reopen judgment a year ago. The Second Circuit's Order directs the plaintiff to notify it in writing immediately after this court's ruling on the first motion to reopen. (See doc. # 20.)

Until the file is returned from the Second Circuit, the case cannot proceed. After the file is returned, the court will issue an order directing the United States Marshal to serve the complaint on the defendants.

## Conclusion

The motion to reopen judgment [**doc. # 29**] is **DENIED** as moot. The Motion for Scheduling Order [**doc. # 28**] is **DENIED** without

prejudice to re-filing after the file is returned from the Second Circuit and the complaint has been served on the defendants.

SO ORDERED this 3rd day of December, 2004, at Bridgeport, Connecticut.

/s/<br>
Holly B. Fitzsimmons<br>
United States Magistrate Judge

Exhibit *James McK*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES MCKINNON

    v.

JAMES LAHDA, et al.

PRISONER
Case No. 3:02CV2306 (WWE)

RULING AND ORDER

Pending before the court are the plaintiff's motions for leave to amend. For the reasons set forth below, the motions are denied.

Plaintiff is an inmate confined at the Corrigan Correctional Institution in Uncasville, Connecticut. He brings this civil rights action pro se and in forma pauperis pursuant to 28 U.S.C. § 1915. On June 3, 2003, the court entered judgment dismissing the plaintiff's complaint. On June 25, 2003, the plaintiff filed a notice of appeal of the court's order dismissing the complaint. On November 25, 2003, the court granted the plaintiff's motion to reopen. The case, however, remains on appeal pursuant to an Order of the Second Circuit Court of Appeals.[1] (See doc. # 20 .) On December 29, 2003, the plaintiff filed a motion for leave to amend and on January 5, 2004, the plaintiff filed a second motion

---

[1] Pursuant to the Order, the appeal is stayed until the plaintiff informs the Court of Appeals that this court has ruled on his motion to reopen judgment. There is no indication in the court file that the plaintiff has notified the Second Circuit that this court has ruled on his motion to reopen.

for leave to amend.

"The filing of a notice of appeal is an event of jurisdictional significance-it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." <u>Griggs v. Provident Consumer Discount Co.</u>, 459 U.S. 56, 58 (1982). The district court lacks jurisdiction to entertain the motions for leave to amend while the appeal is still pending. Accordingly, the plaintiff's Motions for Leave to Amend [**docs. ## 23, 24**] are **DENIED** without prejudice to renew after the appeal is concluded.

SO ORDERED this <u>8th</u> day of September, 2004, at Bridgeport, Connecticut.

/s/<br>
Holly B. Fitzsimmons<br>
United States Magistrate Judge

GENERAL DOCKET FOR
Second Circuit Court of Appeals

Court of Appeals Docket #: 03-181                           Filed: 7/1/03
Nsuit: 3550   PRISONER PET-Civil Rights
McKinnon v. Lahda, et al
Appeal from: U.S. District Court     CTDC

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Case type information:
    1) Prisoner Petition
    2) Federal
    3) Civil Rights
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Lower court information:

    District: 0205-03: 02-cv-2306
    Trial Judge: Warren W. Eginton
    Magistrate Judge: Holly B. Fitzsimmons
    Date Filed: 12/27/02
    Date order/judgment: 6/3/03
    Date NOA filed: 6/25/03
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Fee status: ifp granted

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Prior cases:
    None
Current cases:
    None
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Panel Assignment:


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Proceedings include all events.
03-181    McKinnon v. Lahda, et al

```
JAMES MCKINNON                        James McKinnon
      Plaintiff - Appellant           #100770
                                      [COR LD NTC]
                                      Cheshire Correctional
                                      Institution
                                      900 Highland Ave.
                                      Cheshire, CT 06410


- - - - - - - - - - - - - - - - - - -

JOHN LAHDA                            John A. Danaher, III, Esq.
      Defendant - Appellee            203-821-3700
                                      [COR LD NTC ret]
                                      U.S. Attorney's Office
                                      District of Connecticut
                                      157 Church St.
                                      New Haven, CT 06510

THOMAS HUNT                           John A. Danaher, III, Esq.
      Defendant - Appellee            (See above)
                                      [COR LD NTC ret]

ROMSEY                                John A. Danaher, III, Esq.
      Defendant - Appellee            (See above)
                                      [COR LD NTC ret]

REILL                                 John A. Danaher, III, Esq.
      Defendant - Appellee            (See above)
                                      [COR LD NTC ret]

MORALES                               John A. Danaher, III, Esq.
      Defendant - Appellee            (See above)
                                      [COR LD NTC ret]

HELEN DORSEY                          John A. Danaher, III, Esq.
      Defendant - Appellee            (See above)
                                      [COR LD NTC ret]

DANIELLE CARRIGAN                     John A. Danaher, III, Esq.
      Defendant - Appellee            (See above)
                                      [COR LD NTC ret]
```

Proceedings include all events.
03-181    McKinnon v. Lahda, et al

Official Caption 1/
------------------
Docket No. [s] :  03-0181

JAMES MCKINNON,

        Plaintiff-Appellant,


JOHN LAHDA; THOMAS HUNT; ROMSEY; REILL; MORALES; HELEN
DORSEY; DANIELLE CARRIGAN,

        Defendant-Appellee.

------------------




Authorized Abbreviated Caption 2/
------------------
Docket No. [s] :  03-0181
McKinnon v. Lahda
------------------




--------------------------------------------------
1/ Fed. R. App. P. Rule 12 [a] and 32 [a].
2/ For use on correspondence and motions only.

Proceedings include all events.
03-181   McKinnon v. Lahda, et al

| Date | Entry |
|---|---|
| 7/1/03 | Copy of notice of appeal and district court docket entries on behalf of Appellant James McKinnon filed. (COANRQ fed - cvrgt ;fee ifp ) [03-181] (pr30) |
| 7/1/03 | Note: This appeal was PRO SE when filed. (pr30) |
| 7/1/03 | Copy of district court Order dated 4/15/03 signed by Magistrate Fitzsimmons RECEIVED. [03-181] (pr30) |
| 7/1/03 | Copy of district court Judgment of Dismissal dated 6/3/03 dismissing plaintiff's complaint without prejudice signed by the Hon. Eginton, USDJ RECEIVED. [03-181] (pr30) |
| 7/1/03 | Record on appeal filed. (Original papers of district court.) Number of volumes: 1 (pr30) |
| 7/11/03 | Letter sent to Appellant James McKinnon giving 30 days from date to either pay the fee or file a motion for ifp. Fee due on 8/11/03. © Response due intent to dismiss 8/11/03. Response due financial affidavit on 8/11/03. (pr30) |
| 7/11/03 | Letter sent to Appellant James McKinnon informing appellant that, although he as in forma pauperis status, a prisoner authorization form is required. (pr30) |

**UNITED STATES COURT OF APPEALS**
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

CTDC 12.
02-CV-2306
Hon. Eginton

ROSEANN B. MACKECHNIE
CLERK

Exhibit Jan McK___

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 31st day of October two thousand three

McKinnon

v                                            Docket No. 03-181

Lahda

[STAMP: UNITED STATES COURT OF APPEALS FILED OCT 31 2003 Roseann B. MacKechnie, CLERK SECOND CIRCUIT]

A motion or motions of the type specified by Rule 4(a)4, 4(b), or 6(b)(2)(i) of the Federal Rules of Appellate Procedure having been filed in this matter, and now pending before the district court, **the above numbered and entitled appeal is hereby stayed** to await final disposition of said motion(s).

Movant below is hereby directed to inform this Court, in writing, as to the status of each such motion, at thirty-day intervals from the date of filing and immediately upon final disposition of the last outstanding motion, and to provide the Court a copy of all dispositive orders.

Parties are advised that appellate review of the lower court's disposition regarding any such motion requires a timely filed amended notice of appeal.

SO ORDERED.

ROSEANN B. MACKECHNIE, Clerk

By: _Joseph M. Rodriguez_
Joseph M. Rodriguez
Deputy Clerk, USCA

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
_Joseph M. Rodriguez_

Certified:                                    OCT 31 2003

# UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

June 27, 2003

Roseann B. MacKechnie, Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY 10007

Case No: 3:02cv2304(WWE)(HBF)
Case Name: McKinnon v. Lahda, et al
USCA:

Dear Ms. MacKechnie:

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a certified copy of the docket sheet and the Clerk's Certificate.

Respectfully,

Kevin F. Rowe, Clerk

By: Judith D. Fazekas
Deputy Clerk

Encl.
cc: counsel of record

Proceedings include all events.
3:02cv2306 McKinnon v. Lahda, et al                                           PRIS    APPEAL
                                                                              CLOSED

    defendant

```
Proceedings include all events.                              PRIS    APPEAL
3:02cv2306 McKinnon v. Lahda, et al                          CLOSED

12/27/02    1       MOTION by James McKinnon to Proceed in Forma Pauperis (trb)
                    [Entry date 12/30/02]

12/27/02    2       COMPLAINT (trb) [Entry date 12/30/02]

1/23/03     3       NOTICE to petitioner re: papers returned for insufficient
                    PAF. Case to be dismissed by 2/22/03 if insufficiency not
                    corrected ( by Mag. Judge Holly B. Fitzsimmons ) (rjj)
                    [Entry date 01/24/03]

2/10/03     --      COMPLIANCE With Insufficiency re [3-1] notice. Prisoner
                    Authorization Form. (mel) [Entry date 02/10/03]

2/10/03     4       Prisoner Authorization Form by James McKinnon (mel)
                    [Entry date 02/10/03]

2/12/03     --      ENDORSEMENT granting [1-1] motion to Proceed in Forma
                    Pauperis  ( signed by Mag. Judge Holly B. Fitzsimmons ) (mic)
                    [Entry date 02/12/03]

3/21/03     5       MOTION by James McKinnon for copies of amended complaint
                    (Brief Due 4/11/03) (mic) [Entry date 03/24/03]

4/15/03     --      CASE referred  to Mag. Judge Holly B. Fitzsimmons (rjj)
                    [Entry date 04/16/03]

4/15/03     6       Order denying [5-1] motion for copies of amended complaint
                    directing the plaintiff to complete and return within 20
                    days of the date of this order USM-285 forms for all
                    defendants in their official capacities. Plaintiff is also
                    directed to complete U.S. Marshal form in their individual
                    capacities. Upon receipt of the USM-285 forms the Clerk is
                    directed to forward the appropriate papers to the US Marshal
                    to serve the complaint on the defendants. All returns are
                    due on or before 7/10/03 ( signed by Mag. Judge Holly B.
                    Fitzsimmons ) (rjj) [Entry date 04/17/03]
                    [Edit date 04/21/03]

5/2/03      7       MOTION by James McKinnon for court to accept this
                    grievance form as exhausted administrative remedies with
                    process (Brief Due 5/23/03) (mic) [Entry date 05/02/03]

5/2/03      8       MOTION by James McKinnon for Court to accept this evidence
                    that name was correct then changed on 5/14/02 to Francis
                    McKinnon (Brief Due 5/23/03) (mic) [Entry date 05/02/03]

5/2/03      9       MOTION by James McKinnon for Court to accept evidence
                    (Brief Due 5/23/03) (mic) [Entry date 05/05/03]

5/2/03      10      MOTION by James McKinnon for Court to accept Inmate
                    request form (Brief Due 5/23/03) (mic) [Entry date 05/05/03]
```