MANDATE

FILED

D. Conn. / NHCT
3:02cv2306
Eginton, J.

# United States Court of Appeals
## FOR THE SECOND CIRCUIT

U.S. DISTRICT COURT
NEW HAVEN, CT
FILED
2005 JAN 31 P 4:02

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 22nd day of December, two thousand and four,

Present:
    Hon. John M. Walker, Jr.,
        *Chief Judge.*
    Hon. Robert D. Sack,
    Hon. Peter W. Hall,
        *Circuit Judges.*



James McKinnon,
    Plaintiff-Appellant,

v.                                                                                    03-0181-pr

John Lahda, et al.,
    Defendants-Appellees.

Appellant, *pro se*, moves for *in forma pauperis* status and appointment of counsel in his appeal from the district court's April 2003 dismissal of his civil rights complaint. Because the district court, by order dated November 25, 2003, reinstated appellant's case, his appeal from the April 2003 dismissal is moot. *Lewis v. Continental Bank Corp.*, 494 U.S. 472, 477 (1990) (finding appeal moot where live case or controversy no longer existed). Accordingly, it is ORDERED that the present appeal is dismissed, and the above-mentioned motions are denied, as moot.

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
*Joseph M. Rodriguez*

DEC 22 2004

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By *Lucille Carr*

ISSUED AS MANDATE: JAN 2 6 2005

SAO:zk