UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


JAMES MCKINNON

                                        PRISONER
        V.                    CASE NO. 3:02CV2306 (WWE) (HBF)

JOHN LAHDA, ET AL.


## RULING ON PENDING MOTION

The plaintiff seeks a court order directing the Clerk to request the return of this file from the United States Court of Appeals for the Second Circuit.  Because the Clerk has already requested the return of the file, the Motion to Return File [**doc. # 31**] is **DENIED** as moot.

SO ORDERED this 25th day of April, 2005, at Bridgeport, Connecticut.

                    _____/s/_____
                         Holly B. Fitzsimmons
                    United States Magistrate Judge