UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED 2005 MAY 27 P 2: 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

JAMES MCKINNON

v.

JOHN LAHDA, ET AL.

PRISONER
Case No. 3:02CV2306(WWE)

### ORDER

The file has been returned to this court from the United States Court of Appeals for the Second Circuit. The plaintiff has submitted 285 U.S. Marshal forms and Notice of Lawsuit and Waiver of Service of Summons forms for the defendants in their individual capacities. The copies of the complaint submitted by the plaintiff are incomplete and do not include the attachments to the complaint. In addition, the plaintiff has not submitted a 285 U.S. Marshal form for the defendants in their official capacities.

To enable the U.S. Marshal to serve the complaint on the defendants, the plaintiff is directed to complete one 285 U.S. Marshal service form and one summons form to be served on All Defendants c/o Attorney General to be used to serve all defendants in their official capacities. The address for the Attorney General is 55 Elm Street, Hartford, CT 06105. The plaintiff shall also submit **EIGHT** complete copies of the complaint. .

Plaintiff shall complete and return the enclosed forms and the copies of the complaint within twenty days of the date of this order. Plaintiff is cautioned that failure

to return the forms in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case as to any defendant for whom a form and/or copy of the complaint is not returned, without prejudice and without further notice from this court.

Upon receipt of the Marshal forms, the Clerk is directed to forward the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the complaint on each defendant in his or her individual and official capacities and to file returns of service for these defendants within **sixty (60)** days from the date the service packets are delivered to the U.S. Marshal.

Each defendant is hereby ordered to appear in his or her individual capacity within **sixty (60)** days from the date he or she signs a waiver of service of summons and in his or her official capacity within **thirty (30)** days from the date of service.

To enable the plaintiff to make the necessary copies of his complaint, the Clerk is directed to send the plaintiff a copy of the complaint with a copy of this order. The Clerk shall also send the plaintiff a summons form and 285 U.S. Marshal form for completion.

SO ORDERED this 26 day of May, 2005, at Bridgeport, Connecticut.

HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

2