# United States District Court

## District of Connecticut

James McKinnon
Plaintiff

v.

John Lahda, ETAL
Thomas Hunt
Ramsey
Reill
Morales
Helen Dorsey
Danielle Carrigan

Defendant's   Individual   Capacity,

Civil no, 302-CV2306

(WWE) (HBF)

June 13, 2005

FILED
2005 JUN 16 P 4: 27
U.S. DISTRICT COURT
BRIDGEPORT CONN

Plaintiff Motion Memorandum of Law To Respectfully Amend Complaint Under Rule 15,(a) Fed. R. Civ. P, That's once without Permission From court, Also To add claim for relief under Rule 8,(a) Fed. R. Civ. P. Also To respell defendant First name (Ramsey)

Respectfully
Plaintiff
By x James McKinnon
James McKinnon prose
Corrigan Correctional
986, Norwich NewLondon
Uncasville Connecticut
06382

1 of 53

# Memordum of Law in Support

Under rule 15,a, Fed.R.Civ.P Plaintiff can amend his complaint once without permission from court, if the defendant has not alreddy filed an answer or a dispositive motion, a motion to dismiss or for summary judgment. Please see,

Younger V. Chernovetz 792 F.Supp.173,176 (D. Conn. 1992) where inital prose complaint described the same alleged constitutional violation a later amended complaint related oack) Doe v. Calument City, 111, 128 F.R.D. 93, 94-95 (n. D.111 1989).

Respectfully
Plaintiff
Byx ~~Jam mcti~~
James mcKinnon prose

# Certification

Plaintiff Certify That This Attachment Claim To be True and To The best of my obility on This 13,Th, Day of June 2005.

Defendants   Individual   Capacity

John Lahda, ETAL
Thomas Hunt
Ramey
Reill
Morales
Helen Dorsey
Danielle Corrigan

Respectfully
Plaintiff
Byx James mckn
James McKinnon prose
Corrigan Correctional
986, Norwich New London
Uncasville Connecticut
06382