U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| James McKinnon | 302CV2306-WWE |
| DEFENDANT | TYPE OF PROCESS |
| Danielle Carrigan et al | Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Danielle Carrigan  
**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
Garner Correctional Institution 50 Nunnawauk Road newTown Connecticut 06470

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Lee McKinnon 100770  
Cheshire Correctional  
Institution 900 Highland Ave  
Cheshire Connecticut, 06410

| | |
|---|---|
| Number of process to be served with this Form - 285 | "1" |
| Number of parties to be served in this case | "4" |
| Check for service on U.S.A. | no |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

TRO    Individual Capacity

Signature of Attorney or other Originator requesting service on behalf of:  
James Lee McKinnon   ☑ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER: none  
DATE: 4-28-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | G. L. W. | 7/27/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy  
G. L. W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:  
Mailed 7/27/05  
Returned 8/25/05 ~ UnExecuted

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: James McKinnon | COURT CASE NUMBER: 302CV2306-WWE |
| DEFENDANT: Helen Dorsey et al | TYPE OF PROCESS: Complaint |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
→ Helen Dorsey

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Garner Correctional Institution 50 Nunnowauk Road Newtown Connecticut 06470

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Lee McKinnon 100770
Cheshire Correctional Institution 900 Highland Ave
Cheshire, Conn 06410

| | |
|---|---|
| Number of process to be served with this Form - 285 | "1" |
| Number of parties to be served in this case | "4" |
| Check for service on U.S.A. | no ☒ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP) Individual Capacity

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
James Lee McKinnon
TELEPHONE NUMBER: none
DATE: 4-28-03

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | G.L.W. | 7/27/05 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

| Date of Service | Time | am/pm |
|---|---|---|

Signature of U.S. Marshal or Deputy
G.L.W.

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: Mailed - 2/27/05
Returned ~ 8/25/05 ~ Unexecuted

PRIOR EDITIONS MAY BE USED  **1. CLERK OF THE COURT**  FORM USM-285 (Rev. 12/15/80)

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by U.S. Marshal"<br>on the reverse of this form. | | PRISONER |
|---|---|---|---|
| PLAINTIFF<br>James McKinnon | | COURT CASE NUMBER<br>302CV2306-WWE | |
| DEFENDANT<br>John Lahda et.al | | TYPE OF PROCESS<br>Complaint | |

| SERVE → | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>John Lahda |
|---|---|
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>Garner Correctional Institution 50 nunnowauk Road newtown Connecticut 06470 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| James Lee McKinnon<br>I-D-100 770<br>Cheshire Correctional Institution 900 Highland Ave<br>Cheshire, CT 06410 | Number of process to be served with this Form - 285 | "1" |
| | Number of parties to be served in this case | "4" |
| | Check for service on U.S.A. | no ✗ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP / Individual Capacity

| Signature of Attorney or other Originator requesting service on behalf of:<br>James Lee McKinnon | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>none | DATE<br>4-28-03 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 14 | District to Serve<br>No. 14 | Signature of Authorized USMS Deputy or Clerk<br>G.L.W. | Date<br>7/27/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|---|
| Address (complete only if different than shown above) | | Date of Service / Time / am / pm |
| | | Signature of U.S. Marshal or Deputy<br>G.L.W. |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:
Mailed 7/27/05
Returned 8/25/05 ~ UNExecuted

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

| U.S. Department of Justice <br> United States Marshals Service | PROCESS RECEIPT AND RETURN <br> See Instructions for "Service of Process by the U.S. Marshal" <br> on the reverse of this form. **PRISONER** |
|---|---|

| PLAINTIFF <br> James McKinnon | COURT CASE NUMBER <br> 302CV2306-WWE |
|---|---|
| DEFENDANT <br> Thomas Hunt etal | TYPE OF PROCESS <br> Complaint |

| SERVE → AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN <br> Thomas Hunt <br> ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) <br> Garner Correctional Institution 50' nunnowauk Road newTown Connecticut 06470 |
|---|---|

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Lee McKinnon -100770
Cheshire Correctional Institution
900 Highland Ave
Cheshire conn. 06410

| Number of process to be served with this Form - 285 | "1" |
| Number of parties to be served in this case | "4" |
| Check for service on U.S.A. | no ✗ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

JFP     Individual Capacity

| Signature of Attorney or other Originator requesting service on behalf of: <br> /s/ James Lee McKinnon | ☑ PLAINTIFF <br> ☐ DEFENDANT | TELEPHONE NUMBER <br> none | DATE <br> 4-28-03 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process <br> 1 | District of Origin <br> No. 14 | District to Serve <br> No. 14 | Signature of Authorized USMS Deputy or Clerk <br> G.L.W. | Date <br> 2/27/05 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service | Time | am / pm |
| | Signature of U.S. Marshal or Deputy <br> G.L.W. |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:
Mailed 7/27/05
Returned @ 8/25/05 ~ Unexecuted

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**PRISONER**

| | |
|---|---|
| **PLAINTIFF** James McKinnon | **COURT CASE NUMBER** 302CV2306-WWE |
| **DEFENDANT** Morales et al | **TYPE OF PROCESS** Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Morales

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Garner Correctional Institution 50 Nunnowauk Road Newtown Connecticut 06470

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James Lee McKinnon 100770
Cheshire Correctional Institution 900 Highland Ave 06410

| | |
|---|---|
| Number of process to be served with this Form - 285 | "1" |
| Number of parties to be served in this case | "4" |
| Check for service on U.S.A. | no ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

IFP/ Individual Capacity

Signature of Attorney or other Originator requesting service on behalf of:  ☑ PLAINTIFF  ☐ DEFENDANT
James Lee McKinnon
TELEPHONE NUMBER: none
DATE: 4-28-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk G.L.W. | Date 7/27/05 |
|---|---|---|---|---|---|

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Date of Service / Time / am / pm

Signature of U.S. Marshal or Deputy: Andrea L. Whitfield

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

**REMARKS:**
Mailed 7/27/05
Returned 8/25/05 - Unexecuted

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** James McKinnon
**COURT CASE NUMBER:** 302CV2306-WWE
**DEFENDANT:** Ramsey et al
**TYPE OF PROCESS:** Complaint

**SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:** Mr. Ramsey

**AT ADDRESS:** Garner Correctional Institution 50 Nunnowauk Road Newtown Connecticut 06470

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
James McKinnon 100770
Cheshire Correctional Institution 900 Highland Ave
Cheshire, Conn 06410

| | |
|---|---|
| Number of process to be served with this Form - 285 | "1" |
| Number of parties to be served in this case | "4" |
| Check for service on U.S.A. | no X |

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**

IFP / Individual Capacity

**Signature of Attorney or other Originator requesting service on behalf of:** James Lee McKinnon
☑ PLAINTIFF ☐ DEFENDANT
**TELEPHONE NUMBER:** none
**DATE:** 4-28-03

---

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | Q.L.W. | 7/27/05 |

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

**Signature of U.S. Marshal or Deputy:** Q.L.W.

**REMARKS:**
Mailed 7/27/05
Returned 8/25/05 ~ Unexecuted

**PRIOR EDITIONS MAY BE USED**
**1. CLERK OF THE COURT**
**FORM USM-285 (Rev. 12/15/80)**

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form.<br>**PRISONER** |
|---|---|
| PLAINTIFF<br>James McKinnon | COURT CASE NUMBER<br>302CV2306-WWE |
| DEFENDANT<br>Reill et al | TYPE OF PROCESS<br>Complaint |

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Mr. Reill |
| AT | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>Garner Correctional Institution 50. nunnowauk Road newtown Connecticut 06470 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

James McKinnon 100770
Cheshire Correctional
Institution 900 Highland
Ave, 06410

| Number of process to be served with this Form - 285 | "1" |
| Number of parties to be served in this case | "4" |
| Check for service on U.S.A. | no |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

IFP/ Individual Capacity

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
James Lee McKinnon
TELEPHONE NUMBER: none
DATE: 4-28-03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 14 | District to Serve<br>No. 14 | Signature of Authorized USMS Deputy or Clerk<br>A.L.W. | Date<br>7/27/05 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
| Address (complete only if different than shown above) | Date of Service | Time ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy<br>A.L.W. | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:
Mailed 7/27/05
Returned 8/25/05 ~ Unexecuted

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |