UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


JAMES MCKINNON

                                              PRISONER

     v.                          Case No. 3:02CV2306 (WWE)

JAMES LAHDA, et al.


RULING AND ORDER

The plaintiff seeks leave to file a first amended complaint to correct the spelling of the last named of one defendant and to add a claim for relief.  Under Rule 15(a) of the Federal Rules of Civil Procedure a party may file an amended complaint once as of right before a responsive pleading is served.  No responsive pleading having been filed by the defendants in this action, the plaintiff's Motion to Amend [**doc. # 36**] is **GRANTED.**

SO ORDERED this 16th day of November, 2005, at Bridgeport, Connecticut.


                                     /s/
                              Holly B. Fitzsimmons
                  United States Magistrate Judge