UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| JAMES MCKINNON | : | PRISONER<br>CIVIL NO. 3:03CV2306(WWE) |
| V. | : |  |
| JOHN LAHDA, ET AL. | : | NOVEMBER 29, 2005 |

## **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for all defendants, in their individual and official capacities, in addition to any appearances already on file in the above-captioned case.

Dated at Hartford, Connecticut, this 29th day of November, 2005.

        DEFENDANTS
        John Lahda, Et Al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY:__/s/_____
    Lynn D. Wittenbrink
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT  06105
    Tel.:  (860) 808-5450
    Fax:  (860) 808-5591
    E-Mail:  lynn.wittenbrink@po.state.ct.us
    Federal Bar #ct08575

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 29th day of November, 2005:

James McKinnon, Inmate #100770
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382


   /s/
Lynn D. Wittenbrink
Assistant Attorney General