UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JAMES MCKINNON
                                                   PRISONER
V.                          Case Number:  3:02cv2306(WWE)(HBF)

JOHN LAHDA, et al
```

NOTICE TO COUNSEL
-------------------

The above-entitled case was reported to the Court on **December 1, 2005** to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on **December 31, 2005** unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, December 2, 2005.


KEVIN F. ROWE, CLERK

By:  ___/s/_____
     Mary E. Larsen
     Deputy Clerk