United States District Court

District of Connecticut

FILED
2005 DEC 20 P 4: 31
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon
  Plaintiff

V.

John LaHDa, ETAL
Defendants

Civil, no. 3:02cv2306
(WWE) (HBF)
December 10, 2005
Individual Capacity

Plaintiff Motion Regarding Settlement that Has obviate the need for further Litigation.

Plaintiff respectfully reported to this court with closing papers that the cases are in fact settled.

Plaintiff motion is to respectfully thank this Honarable court for all reasonable steps within power to ensure Federal Rules of Civil Procedures.

By x James McK
James McKinnon, pro se

## Certification

I hereby certify that the foregoing was mailed to the defendants Attorney of record this _10_th Day of December 2005

Defendants      Individual    Capacity

John LaHDa, ETAL
Thomas Hunt
Ramsey
Reill
Morales
Danielle Carrigan
Helen Dorsey
_____

Lynn Wittenbrink
Assistant Attorney Generals
110, Sherman Street
Hartford, Connecticut
    06105

Plaintiff
By× James McK_____
James McKinnon prose
Corrigan Correctional
986, Norwich New London
Uncasville Connecticut
    06382