

RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

April 12, 2006

APR 17 2006

Clerk of the Court
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Re:    **James McKinnon v. Lahda, Et At.**
       **Docket No. 3:02CV2306**

Dear Clerk of the Court:

Please be advised that all the issues regarding the settlement agreement in the above-referenced case have been resolved. Any pending motion to reopen can be denied and the case can be terminated.

Thank you for your assistance.

Very truly yours,

Lynn D. Wittenbrink
Assistant Attorney General

LDW:bmw

cc:    James McKinnon, Inmate #100770
       Carl Robinson Correctional Institution
       285 Shaker Road, P.O. Box 1400
       Enfield, CT 06082

       Cynthia Earle
       Staff Attorney