UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES MCKINNON

                              PRISONER CASE NO.

     v.                       3:02-cv-2306 (WWE) (HBF)

JOHN LAHDA, ET AL.

### RULING ON MOTION TO REOPEN

Pursuant to the parties agreement to settle this case, they signed a Stipulation of Dismissal on December 5, 2005. The case is now closed.

In late December 2005, the plaintiff moved to reopen this case. He claimed that the defendants had not provided him with the sum of money to which he was entitled pursuant to the terms of the settlement agreement. In mid-March 2006, counsel for the defendants filed a letter with the court indicating that the parties had resolved the issues concerning compliance with the settlement agreement. On April 17, 2006, counsel filed a second letter with the court indicating that the parties had resolved the issues concerning compliance with the settlement agreement. That letter has been docketed in this case. (See Doc. # 48.) Counsel mailed a copy of both letters to the plaintiff. The plaintiff has not filed any objection to counsel's representation regarding resolution of the settlement agreement issues.

Accordingly, the Motion to Reopen [**doc. # 47**] is **DENIED** without prejudice pursuant to counsel's representation that the issues regarding the settlement agreement have been resolved.

**SO ORDERED** at Bridgeport Connecticut, this 3rd day of May, 2006.

_____/s/_____
Warren W. Eginton
Senior United States District Judge